UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| **DELIA BARGAINEER and ANGELA MINOR,** | ) <br> ) <br> ) **CASE NO: 3:19-cv-01185-MCR-HTC** |
| **Plaintiffs,** | ) <br> ) |
| v. | ) <br> ) |
| **SKANSKA USA CIVIL SOUTHEAST, INC.,** | ) <br> ) <br> ) |
| **Defendant.** | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs DELIA BARGAINEER and ANGELA MINOR and Defendant SKANSKA USA CIVIL SOUTHEAST, INC. hereby stipulate and agree, by and through their respective undersigned counsel, that the above-captioned action is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, with each party to bear their own costs and attorneys' fees.

Respectfully submitted this 14th day of January 2020.

1

| | |
|---|---|
| By: */s/ Jay P. Lechner*<br>Jay P. Lechner, Esq.<br>Florida Bar No.: 504351<br>Email: jplechn@jaylechner.com<br>       shelley@jaylechner.com<br>LECHNER LAW<br>201 E. Kennedy Blvd., Suite 412<br>Tampa, FL 33602<br>Telephone: 813-842-7071<br>Fax: (813)225-1392<br><br>Attorneys for Plaintiffs | By: */s/ Allison Wiggins*<br>Allison Wiggins<br>Florida Bar No.: 105733<br>Email: awiggins@littler.com<br>Kimberly J. Doud<br>Florida Bar No.: 523771<br>Email: kdoud@littler.com<br>LITTLER MENDELSON, P.C.<br>111 N. Orange Ave., Suite 1750<br>Orlando, FL 32801<br>Telephone: (407) 393-2900<br>Fax: (407) 393-2929<br><br>Attorneys for Defendant |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th of January 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a copy via email to the following: Jay P. Lechner, Esquire. jplechn@jaylechner.com; shelley@jaylechner.com

                                      */s/ Allison Wiggins*
                                      Allison Wiggins