# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

DELIA BARGAINEER and ANGELA MINOR

    VS                                                CASE NO.  3:19-cv-01185-MCR-HTC

SKANSKA USA CIVIL SOUTHEAST INC

## CLERK'S DISMISSAL

Upon Joint STIPULATION OF DISMISSAL filed herein, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, it is

ORDERED AND ADJUDGED that the foregoing entitled cause be, and the same hereby is, dismissed with prejudice.

                                              Jessica J. Lyublanovits, Clerk of Court

January 16, 2020                /s/ Monica Broussard
DATE                                Deputy Clerk: Monica Broussard

.